UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CV-634-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | DEFAULT JUDGMENT |
| v. | ) | |
| | ) | |
| ENVISIONARY I-CARE, INC., and | ) | |
| YVETTE KENNEDY, GUARANTOR, | ) | |
| | ) | |
| Defendant. | ) | |

UPON CONSIDERATION OF the Plaintiff's Motion for Default Judgment, and the entire record,

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is GRANTED;

1. IT IS FURTHER ORDERED that Judgment by Default is hereby entered against Defendant Yvette Kennedy, for failure of answer and in favor of Plaintiff, the United States of America, in the principal amount of $12,439.85, plus Federal Management Service ("FMS") and Department of Justice ("DOJ") fees in the amount of $4,232.11, for a total of 16,671.96, together with present and future costs and disbursements incurred by Plaintiff in this action.

IT IS FURTHER ORDERED that interest after date of entry of this judgment shall be at the rate of  .23  %.

1

So ORDERED. This the  24  day of April 2015.

*[signature]*
JAMES C. DEVER III
Chief United States District Judge

2